**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUAN A. URIAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **1:14-cv-00255-ABJ** |
| ) | |
| TUPP, INC. *et al*. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses this action *against all Defendants with prejudice*, Plaintiff to bear his own costs and attorneys' fees.

Date: 3/17/2014                                   Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com